USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 99-1807 CARLOS MORALES-TIRADO, Plaintiff, Appellant, v. ISRAEL SANCHEZ-RODRIGUEZ, ET AL., Defendants, Appellees. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Juan M. Perez-Gimenez, U.S. District Judge] Before Selya, Circuit Judge, Campbell, Senior Circuit Judge, and Lipez, Circuit Judge.      Emilio F. Soler on brief for appellant. Suzette M. Del Valle Lecaroz and Law Offices Benjamin Acosta,Jr. on brief for appellees.February 2, 2000   Per Curiam. After a careful review of the record and of the parties' submissions, we affirm. We conclude that the lower court did not abuse its discretion in denying the motion to set aside judgment under Fed.R.Civ.P. 60(b), given counsel's repeated failure before his family crisis to comply with court orders or adequately to explain his actions.  "Although we are not unsympathetic to appellant['s] plight in this case, . . . the acts or omissions of counsel are visited upon the client[.]" Pinero Capo v. United States, 7 F.3d 283, 285 & n. 2 (1st Cir. 1993) (citing Link v. Wabash R.R. Co., 370 U.S. 626 (1962)) (additional citations omitted). We find no abuse of discretion, even if the failures here were those of counsel and not of the appellant. Affirmed. 1st Cir. Loc. R. 27(c).